UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
GOR,

                Plaintiff,

                                            JUDGMENT
                                            18-CV-1474 (AMD) (SMG)

       -against-

UNIVERSAL FIDELITY LP,

                Defendant.
------------------------------------------------------------ X

       A Memorandum and Order of Honorable Ann M. Donnelly, United States District Judge, having been filed on February 13, 2019, granting Defendant's motion to dismiss; and dismissing the complaint for failure to state a claim upon which relief may be granted; it is

       ORDERED and ADJUDGED that Defendant's motion to dismiss is granted; and that the complaint is dismissed for failure to state a claim upon which relief may be granted.

Dated: Brooklyn, NY                                         Douglas C. Palmer
February 14, 2019                                           Clerk of Court

                                                        By:    /s/*Jalitza Poveda*
                                                                    Deputy Clerk